Alan Ritchey, Inc.
P.O. Box 249
Valley View, TX 76272

Allied Compliance Service, Inc.
2827 74th Street
Lubbock, TX 79423

Allied Waste Services
P.O. Box 78829
Phoenix, AZ 85062-8829

Alternator Service, Inc.
3006 North Main
Fort Worth, TX 76106

Chico Auto Parts & Service, Inc.
602 South Weatherford Street
Box 768
Chico, TX 76431

Concentra Medical
P.O. Box 9005
Addison, TX 75001

Cornish Wrecker Service
2557 South Riverside Drive
Fort Worth, TX 76104

Donnie M. Moore
3300 Co Rd 206
Alvarado, TX 76009

First Comp
P.O. Box 2329
Omaha, NE 68103

Fort Worth Welders
501 Riverside Drive
Fort Worth, TX 76111

Gascard Fuel
WTC Fuels, Inc.
P.O. Box 201633
Dallas, TX 75320-1633

Inland Empire Industrial Supplies, Inc.
12741 Magnolia Ave., Ste. 100
Riverside, CA 92503

Interstate Battery of Fort Worth
2233 Soloma Street
Fort Worth, TX 76117

IRS
5450 Stratum Dr. Ste. 150
Fort Worth, TX 76137

Jessie P. Taylor Oil Co.
3701 N. Sylvania
Fort Worth, TX 76137

Linebarger Goggan Blair Sampson, LLP
1156 W. Pioneer Parkway
Arlington, TX 76013

Metroplex Service Welding Supply, Inc.
801 East Northside Drive
Fort Worth, TX 76102-1017

Navistar Financial Corp
425 N. Martingale Rd.
Schaumburg, IL 60173

Norman Radiator Service, Inc.
2916 North Main Street
Fort Worth, TX 76106

Nova Healthcare Centers
110 Cypress Station, Ste. 280
Houston, TX 77090

Office Depot
Dept. 56
P.O. Box 9020
Des Moines, IA 50368-9020

Perdue, Brackett, Flores, Utt & Burns
307 W. 7th Street, Ste. 1225
Fort Worth, TX 76102

Performance Tires
300 Pecan Street
Wichita Falls, TX 76307

Quill.com
P.O. Box 37600
Philadelphia, PA 19101-0600

Randall Moore
1301 Ballinger
Fort Worth, TX 76102

Reliable Canvas
3453 East Long Ave.
Fort Worth, TX 76106

Rick's Wrecker Service
1110 N. Main Street
Cleburne, TX 76033-3860

Road Equipment Parts Center
109 Regal Row, Ste. A
Dallas, TX 75247

Smyth Alarms
2311 E. Loop 820 N.
Fort Worth, TX 76118

Southern Tire Mart
1833 Mony Street
Fort Worth, TX 76102

Stenholm & Douglas, P.C.
500 West Seventh Street, Ste. 501
Fort Worth, TX 76102

T & W Tire
25 North Council Road
Oklahoma City, OK 73148

T.C. Tire Service
P.O. Box 79643
Saginaw, TX 76179

Tarrant County Tax Assessor-Collector
100 East Weatherford
Fort Worth, TX 76196

Texas Department of Public Safety
Motor Carrier Bureau/MCCA
Building P
6200 Guadalupe
Austin, TX 78752-4019

Texas Refinery Corp.
P.O. Box 711
Fort Worth, TX 76101

Texas Workforce Commission
P.O. Box 591
Fort Worth, TX 76101

Unifirst Holdings, LP
P.O. Box 7580
Haltom City, TX 76111

Valero Fleet Services
7201 Canyon Drive
Amarillo, TX 79110

Zee Medical, Inc.
P.O. Box 4065
Chesterfield, MO 63006